Certificate Number: 01401-OHN-CC-023549718


01401-OHN-CC-023549718

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 4, 2014, at 9:01 o'clock PM EDT, Connie L Porter received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Ohio, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 4, 2014            By:   /s/Jeremy Lark for Andrea Jones

                                Name: Andrea Jones

                                Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).