# DAIOHS U.S.A., INC.

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 5/1/2014 | 5/15/2014 | 5/15/2014 | 253901 |

| Employee Name | Employee Number | Social Security No. | Total Hours Paid | Check Amount |
|---|---|---|---|---|
| PORTER, CONSTANCE | 76024 | xxx-xx-0871 | 64.00 | $972.64 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,216.00 | 0.00 | 243.36 | 1,216.00 | 1,216.00 | 972.64 |

| | Description | Hours/Weeks | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | REGULAR PAY | Regular | 64.00 | 19.00 | | 1,216.00 | 1,216.00 | |
| Taxes | FIT | | | | 1,216.00 | 100.06 | 100.06 | |
| | Medicare | | | | 1,216.00 | 17.63 | 17.63 | |
| | OH SIT | | | | 1,216.00 | 25.96 | 25.96 | |
| | OH0365 | | | | 1,216.00 | 24.32 | 24.32 | |
| | Soc Sec | | | | 1,216.00 | 75.39 | 75.39 | |
| Direct Deposit | BANK01 | | | | | 972.64 | 972.64 | |

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THERMOCHROMIC INK ON BACK.

**DAIOHS U.S.A., INC.**
DBA DAIOHS FIRST CHOICE SVCS
13030 ALONDRA BLVD., STE.202
CERRITOS, CA 90703 (562)293-2888

UNION BANK
LOS ANGELES, CA 90071
16-49/1220

**253901**

DATE 5/15/2014
AMOUNT ***0.00

PAY NON-NEGOTIABLE

TO THE ORDER OF
CONSTANCE PORTER
16875 SHURMER ROAD
STRONGSVILLE, OH 44136

COPY

NON-NEGOTIABLE

# DAIOHS U.S.A., INC.

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 5/16/2014 | 5/30/2014 | 5/30/2014 | 254392 |

| Employee Name | Employee Number | Social Security No. | Total Hours Paid | Check Amount |
|---|---|---|---|---|
| PORTER, CONSTANCE L | 76024 | xxx-xx-0871 | 89.50 | $1,331.08 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,714.75 | 0.00 | 383.67 | 2,930.75 | 2,930.75 | 2,303.72 |

| Category | Earns/Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | REGULAR PAY | Regular | 88.00 | 19.00 | | 1,672.00 | | |
| | REGULAR PAY | Overtime | 1.50 | 28.50 | | 42.75 | 2,930.75 | |
| Taxes | FIT | | | | 1,714.75 | 174.87 | 274.93 | |
| | Medicare | | | | 1,714.75 | 24.86 | 42.49 | |
| | OH SIT | | | | 1,714.75 | 43.33 | 69.29 | |
| | OH0365 | | | | 1,714.75 | 34.30 | 58.62 | |
| | Soc Sec | | | | 1,714.75 | 106.31 | 181.70 | |
| Direct Deposit | BANK01 | | | | | 1,331.08 | 1,331.08 | |

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THERMOCHROMIC INK ON BACK.

**DAIOHS U.S.A., INC.**
DBA DAIOHS FIRST CHOICE SVCS
13030 ALONDRA BLVD., STE.202
CERRITOS, CA 90703 (562)293-2888

UNION BANK
LOS ANGELES, CA 90071
16-49/1220

254392

| DATE | 5/30/2014 |
|---|---|
| AMOUNT | ***0.00 |

PAY NON-NEGOTIABLE

TO THE ORDER OF
CONSTANCE L PORTER
16875 SHURMER ROAD
STRONGSVILLE, OH 44136

**NON-NEGOTIABLE**